**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jose Abel Fierro,               )<br>                                  )<br>              Plaintiff,      )<br>                                  )<br>         vs.                     )<br>                                  )<br> Charles L. Ryan, et al.,  )<br>                                  )<br>              Defendants.  )<br> _____) | No. CV-13-02173-PHX-PGR (BSB)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Bade notwithstanding that no party has filed any objection to it, the Court finds that the Magistrate Judge correctly concluded that defendant East should be dismissed from this action without prejudice for lack of service. Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc.248) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that defendant East is dismissed from this action without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED this 3rd day of May, 2016.

_____
Paul G. Rosenblatt
United States District Judge