☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Abel Fierro,<br><br>        Plaintiff,<br><br>v.<br><br>Charles L. Ryan, *et al.*,<br><br>        Defendants. | No. CV-13-02173-PHX-JJT<br><br>**VERDICT FORM** |

We, the jury, duly empaneled in the above-entitled action find as follows:

**Step 1: Liability**

On Plaintiff Jose Fierro's claim that each of the Defendants failed to protect him from violence at the hands of other prisoners in violation of the Eighth Amendment to the United States Constitution, we determine liability as follows:

| Defendant | Liability<br>(you must check one for each Defendant) |
|---|---|
| We find Defendant Panann Days | Liable ☐<br>Not Liable ☒ |
| We find Defendant Rose Sanders | Liable ☐<br>Not Liable ☒ |
| We find Defendant Heather Pruett | Liable ☐<br>Not Liable ☒ |

| Defendant | Liability (you must check one for each Defendant) |
|---|---|
| We find Defendant Linda Forester | Liable ☐ <br> Not Liable ☒ |
| We find Defendant Marlene Coffey | Liable ☒ <br> Not Liable ☐ |
| We find Defendant Keith Smith | Liable ☒ <br> Not Liable ☐ |

**Note:** *If you found liability for <u>one or more</u> of the Defendants, proceed to Step 2. If you found liability for <u>none</u> of the Defendants, stop here and sign and date this verdict form.*

**Step 2: Compensatory Damages**

We find compensatory damages in the following amount: $ _25,000 00_

**Note:** *If you awarded any compensatory damages, stop here and sign and date this verdict form. If you awarded no compensatory damages, proceed to Step 3.*

**Step 3: Nominal Damages**

We find nominal damages in the following amount:     $ _____

DATED: _June 8, 2023_

_[signature]_
Foreperson