IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Abel Fierro,<br><br>        Plaintiff,<br><br>v.<br><br>Charles L. Ryan, *et al.*,<br><br>        Defendants. | No. CV-13-02173-PHX-JJT<br><br>**JUDGMENT** |

Pursuant to the jury's verdict rendered on June 8, 2023, after trial of this matter (Doc. 693), and the Joint Motion for Entry of Stipulated Judgment (the "Stipulation") (Doc. 698), and for good cause appearing,

**IT IS ORDERED**:

1. The Stipulation (Doc. 698) is **GRANTED**.

2. Judgment is entered against Plaintiff and in favor of Defendants Panann Days, Rose Sanders, Heather Pruett, and Linda Forester on Count I of the Second Amended Complaint (Doc. 46).

3. Judgment is entered in favor of Plaintiff and against Defendants Marlene Coffey and Keith Smith, jointly and severally, on Count I of the Second Amended Complaint (Doc. 46).

4. Plaintiff is entitled to recover his reasonable attorneys' fees, as the successful party, pursuant to 42 U.S.C. §§ 1988(b) and 1997e(d) and LRCiv 54.2, in the amount of $37,500.00, and his taxable costs in the amount of $1,338.13, pursuant to 28 U.S. § 1920 and LRCiv 54.1, from Defendants Marlene Coffey and Keith Smith, jointly and severally.

5. Defendants Marlene Coffey and Keith Smith shall be jointly and severally liable and responsible for paying the following amounts in U.S. Dollars:

    a. Principal damages to Plaintiff: $25,000.00;

    b. Plaintiff's reasonable attorneys' fees: $37,500.00; and

    c. Plaintiff's taxable costs: $1,338.13.

6. Post-judgment interest on the amounts set forth in Paragraphs 5(a)–(c) shall accrue at the federal annually compounded rate of 5.42% from the date of the entry of this Judgment, pursuant to LRCiv 58.1(b) and 28 U.S.C. § 1961(a)-(b).

7. Payment of the amount set forth in Paragraph 5(a), together with all post-judgment interest on such amount, shall be made by check made payable to Jose Abel Fierro (Inmate No. 044803) and mailed to:

> Arizona Department of Corrections R&R—Inmate Trust Section
> Jose Abel Fierro, Inmate No. 044803
> 1802 W. Jackson Street, #161
> Phoenix, Arizona 85007

8. Payment of the amounts set forth in Paragraphs 5(b) and (c), together with all post-judgment interest on such amounts, shall be made by check made payable to Snell & Wilmer LLP and mailed to:

> Snell & Wilmer LLP
> c/o Patrick A. Tighe
> One East Washington Street, Suite 2700
> Phoenix, Arizona 85004-2556

9. This Judgment resolves all claims between all parties in this action, and no further matters remain pending. This Judgment is a final judgment entered under Federal Rule of Civil Procedure 54.

10. Upon entry of this Judgment, the Clerk shall close this matter

Dated this 11th day of July, 2023.

Honorable John J. Tuchi
United States District Judge