Matt Jarvey (#031350)
Patrick A. Tighe (#033885)
Martyna Sawicka (#037876)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: mjarvey@swlaw.com
        ptighe@swlaw.com
        msawicka@swlaw.com
*Attorneys for Plaintiff Jose Abel Fierro*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Abel Fierro,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-02173-JJT<br><br>**SATISFACTION OF JUDGMENT**<br><br>(Assigned to the Hon. John J. Tuchi) |

Counsel for Plaintiff Jose Fierro acknowledges satisfaction in full of the Judgment entered by this Court in favor of Plaintiff and against Defendants Coffey and Smith on July 11, 2023 (Doc. 699).

DATED this 8th day of August, 2023.

　　　　　　　　　　　　　　　　　　SNELL & WILMER L.L.P.

　　　　　　　　　　　　　　　　　　By: *s/Patrick A. Tighe*
　　　　　　　　　　　　　　　　　　　　Matt Jarvey
　　　　　　　　　　　　　　　　　　　　Patrick A. Tighe
　　　　　　　　　　　　　　　　　　　　Martyna Sawicka
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Jose Abel Fierro*